**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH SUGLIA, | : |
|    Plaintiff, | : |
| | : |
|   v. | :  No.  5:25-cv-6745 |
| | : |
| BIRCHMONT REAL ESTATE LLC, CUSTOM | : |
| PROCESSING SERVICES, LLC, SUN | : |
| CHEMICAL CORP., SPX FLOW US, LLC, | : |
| BAKER PERKINS, INC., ABC CONSULTING | : |
| COMPANIES 1-5, ABC MAINTENANCE | : |
| COMPANIES 1-5, | : |
|    Defendants. | : |

**O R D E R**

**AND NOW**, this 28th day of May, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion to Remand, ECF No. 10, is **GRANTED in part** and **DENIED in part**, **as follows**:

  a. Plaintiff's claims are **REMANDED** to the Philadelphia County Court of Common Pleas.

  b. Plaintiff's request for attorneys' fees under 28 U.S.C. § 1447(c) is **DENIED**.

2. The Clerk of Court shall immediately **REMAND** this matter to the Court of Common Pleas of Philadelphia County, Pennsylvania, October Term, 2025, Civil No. 02545.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

052826